UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:20-cv-02035-AFM                               Date:   December 14, 2021

Title   Kelly J. Maese v. Kilolo Kijakazi

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

Pursuant to the Order Re Procedures in Social Security Appeal (ECF No. 7), Defendant's Memorandum in Support of Answer is due 35 days after the filing of Plaintiff's Memorandum in Support of Complaint.  According to the docket, Plaintiff's Memorandum was filed on October 27, 2021.  Therefore, Defendant's Memorandum was due on December 1, 2021.  The docket shows that, as late as the date of this Order, defendant has not filed the Memorandum in Support of Answer. Defendant has failed to comply with the Court's Order.

Accordingly, IT IS ORDERED that within 20 days of the filing date of this Order, defendant shall show cause in writing why judgment should not be entered in favor of plaintiff. The filing of Defendant's Memorandum in Support of Answer within 20 days shall discharge the order to show cause and all other deadlines required by the Case Management Order will be extended accordingly.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |